**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **FRANCISCO SIERRA ,** | **1:21–CV–01694–SAB  (PC)** |
| Plaintiff, | ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS |
| vs. | and |
| | ORDER DIRECTING PAYMENT OF |
| **STUART SHERMAN , ET AL. ,** | INMATE FILING FEE BY CALIFORNIA DEPARTMENT OF CORRECTIONS |
| Defendant(s). | |

Plaintiff is a prisoner proceeding pro se pursuant to 42 U.S.C. § 1983 and has requested leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.  Plaintiff has made the showing required by § 1915(a) and accordingly, the request to proceed in forma pauperis will be granted.  Plaintiff is obligated to pay the statutory filing fee of $350.00 for this action.  28 U.S.C. § 1915(b)(1).  Plaintiff is obligated to make monthly payments in the amount of twenty percent (20%) of the preceding month's income credited to plaintiff's trust account.  The California Department of Corrections is required to send to the Clerk of the Court payments from plaintiff's account each time the amount in the account exceeds $10.00, until the statutory filing fee is paid in full.  28 U.S.C. § 1915(b)(2).

In accordance with the above and good cause appearing therefore, IT IS HEREBY ORDERED that:

1.   Plaintiff's application to proceed in forma pauperis is GRANTED;

2.   **The Director of the California Department of Corrections or designee shall**

**collect payments from plaintiff's prison trust account in an amount equal to twenty percent (20%)**

**of the preceding month's income credited to the prisoner's trust account and shall forward those payments to the Clerk of the Court each time the amount in the account exceeds $10.00, in accordance with 28 U.S.C. § 1915(b)(2), until a total of $350.00 has been collected and forwarded to the Clerk of the Court.  The payments shall be clearly identified by the name and case number assigned to this action.**

3.    The Clerk of the Court is directed to serve a copy of this order and a copy of plaintiff's in forma pauperis application on the Director of the California Department of Corrections, via the court's electronic case filing system (CM/ECF).

4.    The Clerk of the Court is directed to serve a copy of this order on the Financial Department, U.S. District Court, Eastern District of California.

IT IS SO ORDERED.

DATED:  November 29, 2021                    /s/ Stanley A. Boone
                                                                     United States Magistrate Judge

Name: FRANCISCO SIERRA

CDC No: AA9143

Address: MULE CREEK STATE PRISON

P.O. BOX 409040, IONE, CA 95640

FILED

Nov 19, 2021

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

FRANCISCO SIERRA

" PRO SE"

CASE NUMBER: 2:21-cv-02149 KJN (PC)

Plaintiff/Petitioner,

v.

STUART SHERMAN, ET AL.,

APPLICATION TO PROCEED
IN FORMA PAUPERIS
BY A PRISONER

Defendants/Respondent.

_____/

I, FRANCISCO SIERRA, declare that I am the plaintiff in the above-entitled proceeding; that, in support of my request to proceed without prepayment of fees under 28 U.S.C. section 1915, I declare that I am unable to pay the fees for these proceedings or give security therefor and that I am entitled to the relief sought in the complaint.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?    X Yes  __ No  (If "no" DO NOT USE THIS FORM)

   State the place of your incarceration. MULE CREEK STATE PRISON

2. Are you currently employed (includes prison employment)?    __ Yes   X No

   a. If the answer is "yes" state the amount of your pay. _____

   b. If the answer is "no" state the date of your last employment, the amount of your take-home salary or wages and pay period, and the name and address of your last employer.

3. Have you received any money from the following sources over the last twelve months?

   a. Business, profession, or other self-employment:    __ Yes   X No

   b. Rent payments, interest or dividends:    __ Yes   X No

c.  Pensions, annuities or life insurance payments:  ___ Yes  ✗ No

d.  Disability or workers compensation payments:  ___ Yes  ✗ No

e.  Gifts or inheritances:  ___ Yes  ✗ No

f.  Any other sources:  ___ Yes  ✗ No

If the answer to any of the above is "yes," describe by that item each source of money, state the amount received, as well as what you expect you will continue to receive (attach an additional sheet if necessary).

4.  Do you have cash (includes balance of checking or savings accounts)?  ___ Yes  ✗ No

If "yes" state the total amount: _____

5.  Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or other valuable property?  ___ Yes  ✗ No

If "yes" describe the property and state its value:  _____

6.  Do you have any other assets?  ___ Yes  ✗ No

If "yes," list the asset(s) and state the value of each asset listed: _____

7.  List all persons dependent on you for support, stating your relationship to each person listed and how much you contribute to their support.

_____

_____

**This form must be dated and signed below for the court to consider your application.**

I hereby authorize the agency having custody of me to collect from my trust account and forward to the Clerk of the United States District Court payments in accordance with 28 U.S.C. § 1915(b)(2).

11.19.21
_____
DATE

_____
SIGNATURE OF APPLICANT

### CERTIFICATE
(To be completed by the institution of incarceration)

I certify that the applicant named herein has the sum of $_____ on account to his/her credit at _____ (name of institution). I further certify that during the past six months the applicant's average monthly balance was $_____. I further certify that during the past six months the average monthly deposits to the applicants account was $_____.
(Please attach a certified copy of the applicant's trust account statement showing transactions for the past six months.)

_____
DATE

_____
SIGNATURE OF AUTHORIZED OFFICER