UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCO SIERRA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>STUART SHERMAN, et al.,<br><br>　　　　　Defendants. | No. 1:21-cv-01694-DAD-SAB (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>(Doc. No. 23) |

Plaintiff Francisco Sierra is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action filed pursuant to 42 U.S.C. § 1983. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On June 17, 2022, the assigned magistrate judge issued findings and recommendations, recommending that this action proceed only on plaintiff's claim for retaliation against defendant Castillo. (Doc. No. 23.) The pending findings and recommendations further recommended that the mis-joined claims against defendants Holmes and Hinojosa be severed and that two separate cases be opened based on plaintiff's unrelated retaliation claims against those defendants. (*Id.* at 4.) Those findings and recommendations were served on plaintiff and contained notice that any objections thereto were to be filed within fourteen (14) days of service. (*Id.*) To date, no objections to the pending findings and recommendations have been filed with the court, and the time in which to do so has since passed.

1

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case.  Having carefully reviewed the entire file, the court concludes that the findings and recommendations are supported by the record and by proper analysis.

Accordingly,

1. The findings and recommendations issued on June 17, 2022 (Doc. No. 23) are adopted;

2. This action shall now proceed only on plaintiff's retaliation claim brought against defendant Castillo;

3. Plaintiff's June 1, 2018 retaliation claim against defendant Holmes is severed from this action and the Clerk of the Court is directed to:

   a. Open a separate civil action against defendant Holmes, deemed filed on November 19, 2021 (subject to adjustment pursuant to the prison mailbox rule);

   b. Assign the newly opened action to the undersigned and the assigned magistrate judge to whom the instant case is assigned;

   c. File and docket in the newly-opened action a copy of the magistrate judge's June 17, 2022 findings and recommendations (Doc. No. 23) and this order adopting them;

   d. Place a copy of the first amended complaint filed on April 1, 2022 (Doc. No. 16) and the motion to proceed *in forma pauperis* filed on November 19, 2021 (Doc. No. 2) on the docket in the newly-opened action; and

   e. Send plaintiff an endorsed copy of his first amended complaint bearing the case number assigned to the newly opened action;

4. Plaintiff's June 20, 2018 retaliation claim against defendant Hinojosa is severed from this action and the Clerk of the Court is directed to:

   a. Open another separate civil action against defendant Hinojosa, deemed filed on November 19, 2021 (subject to adjustment pursuant to the prison mailbox rule);

      b.    Assign the second new action to the undersigned and the assigned magistrate judge to whom the instant case is assigned;

      c.    File and docket in the newly-opened action a copy of the magistrate judge's June 17, 2022 findings and recommendations (Doc. No. 23) and this order adopting them;

      d.    Place a copy of the first amended complaint filed on April 1, 2022 (Doc. No. 16) and the motion to proceed *in forma pauperis* (Doc. No. 2) filed on November 19, 2021 on the docket in the second newly-opened action; and

      e.    Send plaintiff an endorsed copy for his first amended complaint bearing the case number assigned in the second newly opened action;

5.    All other claims and defendants are dismissed from this action due to plaintiff's failure to state a cognizable claim for relief; and

6.    This case is referred back to the assigned magistrate judge for further proceedings.

IT IS SO ORDERED.

Dated:  **August 1, 2022**

UNITED STATES DISTRICT JUDGE