# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCO SIERRA, | Case No. 1:22-cv-00967-ADA-SAB (PC) |
| Plaintiff, | AMENDMENT TO FEBRUARY 7, 2023 ORDER SETTING THE CASE FOR SETTLEMENT CONFERENCE ON MAY 25, 2023 |
| v. | |
| E. HINOJOSA, | (ECF No. 15) |
| Defendant. | |

Plaintiff Francisco Sierra is proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983.

On February 7, 2023, the Court set a settlement conference for May 25, 2023, before Magistrate Judge Barbara A. McAuliffe.  The Court's February 7, 2023, order is HEREBY AMENDED to reflect at page 3, line 8, "**May 25, 2023 at 9:30 a.m.**"  (ECF No. 15.)

IT IS SO ORDERED.

Dated:   **February 8, 2023**

_____
UNITED STATES MAGISTRATE JUDGE